UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AIDA R. GIL,

                                  Plaintiff,

                    -against-

JORGE DOPICO; ROBERT F. MURPHY,

                                  Defendants.

25-cv-7274 (KMW)

CIVIL JUDGMENT

For the reasons stated in the February 3, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

 Dated:    February 5, 2026
           New York, New York

                                         /s/ Kimba M. Wood
                                         _____
                                            KIMBA M. WOOD
                                         United States District Judge